May Term, 1848.

HENDERSON
v.
DENNISON.

————

HENDERSON and Others *v.* DENNISON and Others.—In error.

BILL in chancery against *Henderson, Stapleford,* and *Prichard.* It appears from the record, that on the 26th of *October,* 1844, the complainants appeared, and the defendants, *Henderson* and *Prichard,* also appeared. *Stapleford,* being called, made default, and, on motion of complainant's solicitor, a demurrer, heretofore filed to the bill by *Prichard,* was overruled, and, upon like motion, a plea, which had been filed by *Henderson,* was rejected. Thereupon the bill was taken for confessed against all the defendants, and a decree was rendered for the complainants.

*Held,* that it does not appear that *Stapleford* had notice of the suit by process or otherwise.   It was therefore erroneous to take the bill as confessed against him.   *Reed* v. *Glover,* 6 Blackf. 345.—*Shipley* v. *Mitchell,* 7 Blackf. 472.

On overruling a demurrer to the bill, if the defendant request it, the Court should give the defendants a reasonable time to answer.  *Lafavour* v. *Justice,* 5 Blackf. 366.

The decree is reversed with costs.  Cause remanded, &c.